IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CR-00011-M-KS-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEMAJAE KI'TORY NORFLEET,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Appeal of Current Detention Order. [DE 35]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented by Mr. Curtis R. High, so the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 12th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE